IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

```
FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC 10  A 9: 56

CLERK'S OFFICE
AT BALTIMORE

Y._____ DEPUTY
```

CHARLES HAMMERBACKER, et al.

    Plaintiffs,

vs.      Civil Action No: CCB 01-CV-3450

DAIMLERCHRYSLER CORPORATION,
FORD MOTOR COMPANY, GENERAL
MOTORS CORPORATION, et al.,

    Defendants.

---

### ORDER

Upon consideration of the defendants' Motion to Shorten Time for Responding to Motion for Waiver of Local Rule 103.5 Requirements or, in the Alternative, for Stay of Enforcement of Local Rule 103.5, it is this 10th day of December, 2001,

ORDERED that the Motion to Shorten Time for Responding to Motion for Waiver of Local Rule 103.5 Requirements or, in the Alternative, for Stay of Enforcement of Local Rule 103.5 be, and it hereby is, GRANTED.

IT IS FURTHER ORDERED that the ~~plaintiffs shall respond to the defendants' Motion for Waiver of Local Rule 103.5 Requirements or, in the Alternative, for Stay of Enforcement of Local Rule 103.5 within five days of service of that motion.~~ the defendants need not comply with Local Rule 103.5 pending Resolution of the Motion for Waiver. A new deadline for compliance, if necessary, will be set by further Order of the court.

_____
CATHERINE C. BLAKE
United States District Court Judge

BA2/175239.01