CCB 01- 3450

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 DEC 13  A 11: 32
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, et al., | : | Civil Action Nos.: CCB-01-3450 through CCB-01-3470, |
| Plaintiffs | : | |
| | : | CCB-01-3472 through CCB-01-3477 |
| vs. | : | |
| ACandS, Inc., et al., | : | CCB-01-3481 through CCB-01-3484 |
| Defendants | : | |
| | : | CCB-01-3486 through CCB-01-3505 |
| | : | CCB-01-3507 through CCB-01-3508 |
| | : | |
| | : | CCB-01-3510 through CCB-01-3513 |
| | : | CCB-01-3515 through CCB-01-3538 |
| | : | |
| | : | CCB-01-3545 through CCB-01-3546 |
| | : | CCB-01-3548 through CCB-01-3559 |
| | : | |
| | : | CCB-01-3582 through CCB-01-3620 |

o0o

### ORDER

In order to expedite processing of these cases, it is, this 13th day of December 2001, hereby **ORDERED** that:

1. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

and

      2.      An original and two copies of all papers shall be filed with the Court. Additionally, counsel shall provide the Clerk with 133 copies of the first page of the paper so that appropriate docket entries may be made in individual cases. Service is to be made on all counsel on the master service list.

_____
Catherine C. Blake
United States District Judge