FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

2002 JAN -4  A 10: 53

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| **CHARLES HAMMERBACKER** * | |
| Plaintiff * | |
| v. * | Civil Action No. CCB-01-CV-3450 |
| * | (Lead Removal Case) |
| ACandS, INC., et al. * | |
| Defendants * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the defendants' Motion for Waiver of Local Rule 103.5 Requirements or, in the Alternative, for Stay of Enforcement of Local Rule 103.5, it is this 4th day of January, 2002,

ORDERED that the Motion for Waiver of Local Rule 103.5 Requirements or, in the Alternative, for Stay of Enforcement of Local Rule 103.5 be, and it hereby is, GRANTED.

IT IS FURTHER ORDERED that the plaintiffs shall have the ordinary time to respond to the motion for waiver and the defendants need not comply with Local Rule 103.5 pending resolution of the motion. A new deadline for compliance will be set, if necessary, by further order of the court.

_____
CATHERINE C. BLAKE
United States District Court Judge