IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 JAN -7  A 10: 45

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

CHARLES HAMMERBACKER          *

    Plaintiff          *

v.          *          Civil Action No. CCB-01-CV-3450
                                 (Lead Removal Case)
                       *

ACandS, INC., et al.          *

    Defendants          *

*     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## ORDER

Upon consideration of the motion of AlliedSignal, Inc. to shorten time for responding to the motion for a waiver of Local Rule 103.5 requirements or in the alternative, for a stay of enforcement of Local Rule 103.5, it is this ____ day of _____January_____, 2002,

ORDERED, that the motion is granted.

IT IS FURTHER ORDERED that AlliedSignal, Inc. need not comply with Local Rule 103.5 pending resolution of the motion for waiver. A new deadline for compliance, if necessary, will be set by further order of the Court.

_____
Catherine C. Blake
United States District Court Judge