IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No.: CCB-01-3450 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

oOo

**<u>ORDER</u>**

Plaintiffs in thirteen of these consolidated cases have filed responses asserting that removal is improper because none of the defendants in their state actions have any connection to the Federal-Mogul bankruptcy. If Plaintiffs are correct, there is no basis for removal of these cases under 28 U.S.C. § 1452(a).

Accordingly, it is, this 28 day of January 2002, hereby **ORDERED** that:

1. The Removing Defendants in the cases involving Plaintiffs Elihu Alford, Frederick E. Allred, Hugh T. Dalton, Grayson E. Francis, James L. Joyce, James A. Knorr, Lawrence E. Manuel, James H. Smith, Bradley J. Teal, Howard J. Wise, Andrew J. Zaleski, Henry A. Sneed, and James B. Burns are directed that **within fourteen (14) days from the date of this Order**, they should file a reply to the responses to the removal notices; and

2. The Removing Defendants are advised that if they assert that any of the named defendants in any of these cases are connected to the Federal-Mogul bankruptcy, in their reply they should identify all such defendants and explain the nature of the connection.

_____
Catherine C. Blake
United States District Judge