William Borog
Clifford Cuniff, Law Office          14102695048
Paul Weykamp, Law Office             4105391513
Harry Goldman, Goldman Skeen and Wadler PA     4106857155
John Hone, Lipshultz and Hone Chtd       13014959759

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHARLES HAMMERBACKER, *et al.*, | : |
| Plaintiffs | : |
| vs. | : Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al.*, | : |
| Defendants | : |

oOo

**ORDER**

These consolidated cases were provisionally transferred to the United States District Court for the District of Delaware. That Court ruled upon motions similar, if not identical, to many of the motions pending in this Court. That decision is currently on appeal to the United States Court of Appeals for the Third Circuit. A final decision by that Court may render some or all of the motions pending in this Court moot.

Accordingly, it is, this 30 day of April, 2002, hereby **ORDERED** that:

1. The Clerk is directed to administratively close all pending motions in these consolidated cases;

2. Counsel are directed that upon receipt of a final decision by the United States Court of Appeals for the Third Circuit, they should file written status reports listing any motions they believe should be reopened.

Catherine C. Blake
United States District Judge