```
              William Borcz
Clifford Cuniff, Law Office      14102695048
    Paul Weykamp, Law Office     4105391513
Harry Goldman, Goldman Skeen and Wadler PA     4106857155
John Hone, Lipshultz and Hone Chtd      13014959759
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

| | | |
|---|---|---|
| LINSEY L. WILLIAMS, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1266 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

| | | |
|---|---|---|
| HENRY S. CRAWFORD, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1267 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

| | | |
|---|---|---|
| CHARLES G. DRY, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1269 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |



| | |
|---|---|
| THERESA MILLS REDMON, *et al.*, | : |
| Plaintiffs | : |
| vs. | : Civil Action No. CCB-02-1484 |
| ACandS, Inc., *et al.*, | : |
| Defendants | : |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| CHERYL BANK, *et al.*, | : |
| Plaintiffs | : |
| vs. | : Civil Action No. CCB-02-1485 |
| ACandS, Inc., *et al.*, | : |
| Defendants | : |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| PAULA WEBB, *et al.*, | : |
| Plaintiffs | : |
| vs. | : Civil Action No. CCB-02-1504 |
| ACandS, Inc., *et al.*, | : |
| Defendants | : |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | |
|---|---|
| PHYLLIS ALLSHOUSE, | : |
| Plaintiff | : |
| vs. | : Civil Action No. CCB-02-1501 |
| ACandS, Inc., *et al.*, | : |
| Defendants | : |

oOo
**ORDER**

It is, this 30 day of April, 2002, hereby **ORDERED** that:

1. As these case involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3. An original and two copies of all papers shall be filed with the Court; and

4. The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

_____
Catherine C. Blake
United States District Judge