```
Gary Tosadori, Law Offices of Peter G Angelos      4104261269
Gerry Tostanoski, Tydings and Rosenberg LLP       4107275460
Marlo Trotta, Law Offices of Peter G Angelos      4104261269
Keith Truffer, Royston Mueller McLean and Reid LLP    4108287859
Joseph Vansant, Law Offices of Peter G Angelos    4106492112
Armand Volta, Law Offices of Peter G Angelos      4106492112
George Weber, Law Offices of Peter G Angelos      4106492112
    Paul Weykamp, Law Office    4105391513
John Amato, Goodman Meagher and Enoch LLP       4107523105
Peter Angelos, Law Offices of Peter G Angelos     4106492112
Thomas Beach, Whiteford Taylor and Preston        4107527092
Thomas Bernier, Goldfein & Hosmer       4105760887
Pamela Broache, Lord and Whip PA        4106856726
        William Burgy,      4102441047
Andrew Cantor, Law Offices of Peter G Angelos     4106492112
    Clifford Cuniff, Law Office      14102695048
Benjamin Davis, Whiteford Taylor and Preston      4106596470
    Paul Day, Piper Rudnick LLP      4105803001
Bessie Demos, Law Offices of Peter G Angelos      4104261269
 George Doub, George C Doub PC      4108374465
Robert Franklin, Franklin and Prokopik PC         4107526868
Harry Goldman, Goldman Skeen and Wadler PA        4106857155
Keith Haynes, Law Offices of Peter G Angelos      4106492111
M Hill, Venable Baetjer and Howard      4108210147
John Hone, Lipshultz and Hone Chtd      13014959759
Edward Houff, Church Loker Radcliffe and Silver PA    4105393987
Gary Ignatowski, Law Offices of Peter G Angelos   4106492101
Thomas Kelly, Law Offices of Peter G Angelos      4106591780
Robert Klein, Wharton Levin Ehrmantraut Klein and Nash    4102636583
David Layton, Ashcraft and Gerel      4105471261
Sidney Leech, Goodell DeVries Leech and Dann LLP    4107834040
Edward Lilly, Law Offices of Peter G Angelos      4106492010
Brian McNair, Law Offices of Peter G Angelos      4104261269
Donald Meringer, Danaher Tedford Laonese & Neal     4103851480
Edward Monaghan, Law Offices of Peter G Angelos     4106492112
William Mulroney, Ashcraft and Gerel      4105471261
Douglas Murray, Whiteford Taylor and Preston      4107527092
John Nagle, Bodie Nagle Dolina Smith and Hobbs PA    4102960432
Peter Nicholl, Law Office of Peter T Nicholl      4102441047
Cleopatra Pappas, Law Offices of Peter G Angelos    4106492112
Eve Prietz, Law Offices of Peter G Angelos        4104261269
Richard Radcliffe, Church Loker Radcliffe and Silver PA    4105393987
Deborah Robinson, Robinson Woolson PA     4106250201
Joan Romett, Law Offices of Peter G Angelos       4106492101
Rudolph Rose, Semmes Bowen and Semmes PC        4105764788
Mark Ryscavage, Law Offices of Peter G Angelos     3017393848
Steven Smith, Law Offices of Peter G Angelos      4106492112
Gary Tosadori, Law Offices of Peter G Angelos     4104261269
Gerry Tostanoski, Tydings and Rosenberg LLP       4107275460
Marlo Trotta, Law Offices of Peter G Angelos      4104261269
Keith Truffer, Royston Mueller McLean and Reid LLP    4108287859
Joseph Vansant, Law Offices of Peter G Angelos    4106492112
Armand Volta, Law Offices of Peter G Angelos      4106492112
George Weber, Law Offices of Peter G Angelos      4106492112
    Paul Weykamp, Law Office    4105391513
```

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY - 9 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

..........................................................................

| | | |
|---|---|---|
| LINSEY L. WILLIAMS, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1148 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

..........................................................................

| | | |
|---|---|---|
| HENRY S. CRAWFORD, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1149 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

..........................................................................

| | | |
|---|---|---|
| CHARLES G. DRY | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1150 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

o0o

## ORDER

It is, this 9th day of May 2002, hereby **ORDERED** that:

1. As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2. All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

3. An original and two copies of all papers shall be filed with the Court; and

4. The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

　　　　　　　　　　　　　　　　　　　　　／s／ Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　　Catherine C. Blake
　　　　　　　　　　　　　　　　　　　　　United States District Judge