IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHARLES HAMMERBACKER, et al., | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-01-3450 |
| ACandS, Inc., et al., | : | |
| Defendants | : | |

| | | |
|---|---|---|
| DONALD E. STIMMEL | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1919 |
| ANCHOR PACKING CO., et al., Defendants | : | |
| | : | |

| | | |
|---|---|---|
| DONALD E. STIMMEL | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1950 |
| ACandS, INC., et al., | : | |
| Defendants | : | |

o0o
### ORDER

It is, this ___9th___ day of July 2002, hereby **ORDERED** that:

1.  As these cases involve common questions of law and fact, they are consolidated, including all joined parties, pursuant to Fed. R. Civ. P. 42(a);

2.  All papers regarding any of these cases shall be filed in Civil Action No. CCB-01-3450 only. Any paper which pertains to some but not all of the cases, should contain a

parenthetical reference in the caption to the civil action numbers of the cases to which it pertains;

    3.    An original and two copies of all papers shall be filed with the Court; and

    4.    The requirements of Local Rule 103.5 are suspended, pending further direction by the Court.

_____
Catherine C. Blake
United States District Judge