IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES HAMMERBACKER, *et al.*,     :

    Plaintiffs     :

    vs.     :   Civil Action No. CCB-01-3450

ACandS, Inc., *et al.*,     :

    Defendants     :

o0o

## ORDER

For the reasons stated in the foregoing Memorandum, it is, this 5th day of September 2002, hereby **ORDERED** that:

1.    Civil Action No. CCB-01-4047 is hereby consolidated with Civil Action No. CCB-01-3450;

2.    These consolidated cases[1] are **Remanded** to the state circuit courts from which they were removed; and

3.    The Clerk is directed to close these cases.

                                                            /s/ Catherine C. Blake
                                                            Catherine C. Blake
                                                            United States District Judge

6

---

[1] A list of the consolidated cases is attached.



## Cases Consolidated Under CCB-01-3450

1:01cv 3450 Hammerbacker, et al v. Borg Warner

1:01cv 3451 Hammond, et al v. Owens-Corning

1:01cv 3452 Fike v. Owens-Corning

1:01cv 3453 Jenkins, et al v. Owens-Corning

1:01cv 3454 James, et al v. ACandS, Inc.

1:01cv 3455 Harris, et al v. Owens-Corning

1:01cv 3456 Gallup v. ACandS, Inc.

1:01cv 3457 Glaze, et al v. Owens-Corning

1:01cv 3458 Green v. Owens-Corning

1:01cv 3459 Frizzell, et al v. A C and S, Inc.

1:01cv 3460 Poore, et al v. Owens-Corning Fiber

1:01cv 3461 Robertson, et al v. Owens-Corning

1:01cv 3462 Klima, et al v. ACandS, Inc.

1:01cv 3463 Pfeffer, et al v. Owens-Corning

1:01cv 3464 Kennedy, et al v. Owens-Corning

1:01cv 3465 Flury, et al v. Eagle Picher

1:01cv 3466 Hoyos v. Owens-Corning

1:01cv 3467 Hudgins v. Bendix Corporation

1:01cv 3468 Forrester v. Owens-Corning

1:01cv 3469 Henderson, et al v. A C and S, Inc.

1:01cv 3470 Herd, et al v. A C and S, Inc.

1:01cv 3472 Stevenson, et al v. Owens-Corning

1:01cv 3473 Stevenson, et al v. A C and S, Inc.

1:01cv 3474 Maas, et al v. ACandS, Inc

1:01cv 3475 Linke v. ACandS, Inc.

1:01cv 3476 Motsay, et al v. Owens-Corning

1:01cv 3477 Meisenhalder, et al v. A C and S, Inc.

1:01cv 3481 Seato, et al v. ACandS, Inc.

1:01cv 3482 Mack, et al v. Owens-Corning

1:01cv 3483 Wilder v. Owens-Corning Fiber

1:01cv 3484 Shupe v. Owens-Corning

1:01cv 3486 Whoolery, et al v. ACandS, Inc.

1:01cv 3487 Weaber, et al v. Owens-Corning

1:01cv 3488 Zinkhan, et al v. Owens-Corning

1:01cv 3489 Shiflett, et al v. A C and S, Inc.

1:01cv 3490 Williams v. Pittsburgh Corning

1:01cv 3491 Thurman v. Allied-Signal, Inc.

1:01cv 3492 Shuley, et al v. Owens-Corning

1:01cv 3493 Theiss v. A C and S, Inc.

1:01cv 3494 Steber v. A C and S, Inc.

1:01cv 3495 Nieberlein v. Owens-Corning

1:01cv 3496 Weaver v. Owens-Corning

1:01cv 3497 Young, et al v. Owens-Corning

1:01cv 3498 Seawell, et al v. Owens-Corning

1:01cv 3499 Sullivan, et al v. ACandS, Inc.

1:01cv 3500 Waltman v. Owens-Corning

1:01cv 3501 Vest, et al v. Owens-Corning

1:01cv 3502 Watson, et al v. Anchor Packing Co.

1:01cv 3503 Southerland, et al v. Owens-Corning

1:01cv 3504 Sturgill v. Anchor Packing

1:01cv 3505 Sprinkle, et al v. Owens-Corning

1:01cv 3507 Meredith v. Owens-Corning

1:01cv 3508 Robinson, et al v. Owens-Corning

1:01cv 3510 Stapleton, et al v. ACandS, Inc.

1:01cv 3511 Speight, et al v. Owens-Corning

1:01cv 3512 Wilt, et al v. Owens-Corning

1:01cv 3513 Whitty v. Owens-Corning

1:01cv 3515 Suber, et al v. Owens-Corning

1:01cv 3516 Sanders, et al v. Owens-Corning

1:01cv 3517 Nock v. A C and S, Inc.

1:01cv 3518 Morehead v. Owens-Corning

1:01cv 3519 Suehs, et al v. Owens-Corning

1:01cv 3520 Marshall v. Owens-Corning

1:01cv 3521 Rogers v. Owens-Corning

1:01cv 3522 McCoy, et al v. Owens-Corning

1:01cv 3523 Kronenburg, et al v. Owens-Corning

1:01cv 3524 Kozera, et al v. Owens-Corning

1:01cv 3525 Kidd, et al v. Owens-Corning

1:01cv 3526 Miller v. Owens-Corning

1:01cv 3527 Miller, et al v. ACandS, Inc.

1:01cv 3528 Mitchell, et al v. Owens-Corning

1:01cv 3529 Tyrell v. A C and S, Inc.

1:01cv 3530 Bond v. Owens-Corning

1:01cv 3531 Brown v. Owens-Corning

1:01cv 3532 Clark, et al v. Owens-Corning

1:01cv 3533 Danielczyk, et al v. Owens-Corning

1:01cv 3534 Greenlee, et al v. Owens-Corning

1:01cv 3535 Lee, et al v. A C and S, Inc.

1:01cv 3536 Francies, et al v. Owens-Corning

1:01cv 3537 China, et al v. Owens-Corning

1:01cv 3538 Clark v. A C and S, Inc.

1:01cv 3545 Perry, et al v. A C and S, Inc.

1:01cv 3546 Kuzniarski, et al v. A C and S, Inc.

1:01cv 3548 Bailey, et al v. A C and S, Inc.

1:01cv 3549 Durbin, et al v. A C and S, Inc.

1:01cv 3550 Burns, et al v. ACandS, Inc.

1:01cv 3551 Paxton v. Owens-Corning

1:01cv 3552 Lawhorn, et al v. Owens-Corning

1:01cv 3553 Armstrong, et al v. Owens-Corning

1:01cv 3554 Mason v. A C and S, Inc.

1:01cv 3555 Harman, et al v. A C and S, Inc.

1:01cv 3556 Hatfield, et al v. A C & S, Inc.

1:01cv 3557 Bailey, et al v. AcandS, Inc.

1:01cv 3558 Marshall v. A C and S, Inc.

1:01cv 3559 Jerry v. ACandS, Inc.

1:01cv 3582 Jones, et al v. Owens-Corning

1:01cv 3583 Frey v. A C and S, Inc.

1:01cv 3584 Havlik v. A C and S, Inc.

1:01cv 3585 Karko, et al v. Owens-Corning

1:01cv 3586 English v. ACandS, Inc.

1:01cv 3587 Gensler, et al v. Owens-Corning

1:01cv 3588 Gibson, et al v. ACandS, Inc.

1:01cv 3589 Fox v. Owens-Corning

1:01cv 3590 Perseghin, et al v. ACandS, Inc.

1:01cv 3591 Myers v. Owens-Corning

1:01cv 3592 Cosby v. Owens-Corning

1:01cv 3593 Dawson v. ACandS, Inc.

1:01cv 3594 Griffin v. A C and S, Inc.

1:01cv 3595 Baker, et al v. Owens-Corning

1:01cv 3596 Beckman, et al v. Owens-Corning

1:01cv 3597 Brown, et al v. Owens-Corning

1:01cv 3598 Dorn, et al v. ACandS, Inc.

1:01cv 3599 Carmichael v. A C and S, Inc.

1:01cv 3600 Bishop v. R.M.P. National

1:01cv 3601 Femi v. Owens-Corning

1:01cv 3602 Brown, et al v. ACandS, Inc.

1:01cv 3603 Biddison, et al v. Owens-Corning

1:01cv 3604 Berwanger, et al v. Owens-Corning

1:01cv 3605 Eastridge, et al v. A C and S, Inc.

1:01cv 3606 Morris, et al v. Owens-Corning

1:01cv 3607 Brown v. A C and S, Inc.

1:01cv 3608 Arrington, et al v. Owens-Corning

1:01cv 3609 Barnhill v. ACandS, Inc.

1:01cv 3610 Dorsey, et al v. Owens-Corning

1:01cv 3611 Griffith, et al v. Owens-Corning Fiber

1:01cv 3612 Clayville v. A C and S, Inc.

1:01cv 3613 Darnell, et al v. A C and S, Inc.

1:01cv 3614 Grevey, et al v. Owens-Corning

1:01cv 3615 Derka v. A C and S, Inc.

1:01cv 3616 Cullen, et al v. Owens-Corning

1:01cv 3617 Brooks, et al v. Harper

1:01cv 3618 Bounds v. Owens-Corning

1:01cv 3619 Schultz, et al v. Owens-Corning

1:01cv 3620 Schultz, et al v. Owens-Corning

1:01cv 3942 Alford v. GAF Corporation

1:01cv 3943 Angle, et al v. AC&S, Inc.

1:01cv 3944 Fowler, et al v. AC&S, Inc.

1:01cv 3945 Barnhart, et al v. AC&S, Inc.

1:01cv 3946 Beane v. AC&S, Inc.

1:01cv 3947 Bernardelli, et al v. AC&S, Inc.

1:01cv 3948 Bernhard, et al v. AC&S, Inc.

1:01cv 3949 Boyd, et al v. AC&S, Inc.

1:01cv 3950 Brackbill, et al v. AC&S, Inc.

1:01cv 3951 Breeden, et al v. AC&S, Inc.

1:01cv 3952 Brown v. Porter-Hayden Co.

1:01cv 3953 Burger, et al v. A C and S, Inc.

1:01cv 3954 Byrd, et al v. A C and S, Inc.

1:01cv 3955 Clingan v. AC&S, Inc.

1:01cv 3956 Davis, et al v. AC&S, Inc.

1:01cv 3957 Edenbo, et al v. AC&S, Inc.

1:01cv 3958 Gay v. AC&S, Inc.

1:01cv 3959 Gentile, et al v. AC&S, Inc.

1:01cv 3960 Gilbert, et al v. AC&S, Inc.

1:01cv 3961 Hanley v. AC&S, Inc.

1:01cv 3962 Itell, et al v. AC&S, Inc.

1:01cv 3963 Jamison, v. AC&S, Inc.

1:01cv 3964 Keebaugh, et al v. AC&S, Inc.

1:01cv 3965 Kelso, v. Ownes-Corning

1:01cv 3966 Kesner, et al v. Owens-Corning

1:01cv 3989 Thomas, et al v. ACandS, Inc.

1:01cv 3990 Kline, et al v. AcandS, Inc.

1:01cv 4047 Trout v. ACandS, Inc.

1:01cv 4051 Armstrong, et al v. Owens-Corning

1:01cv 4052 Arrington, et al v. Owens-Corning

1:01cv 4053 Bailey, et al v. A C and S, Inc.

1:01cv 4054 Bailey, et al v. AcandS, Inc.

1:01cv 4055 Baker, et al v. Owens-Corning

1:01cv 4056 Barnhill v. ACandS, Inc.

1:01cv 4057 Beckman, et al v. Owens-Corning

1:01cv 4058 Berwanger, et al v. Owens-Corning

1:01cv 4059 Biddison, et al v. Owens-Corning

1:01cv 4060 Bond v. Owens-Corning

1:01cv 4061 Bounds v. Owens-Corning

1:01cv 4062 Brown, et al v. Owens-Corning

1:01cv 4063 Brown v. Owens-Corning

1:01cv 4064 Brown, et al v. ACandS, Inc.

1:01cv 4065 Gensler, et al v. Owens-Corning

1:01cv 4066 Burns, et al v. ACandS, Inc.

1:01cv 4067 China, et al v. Owens-Corning

1:01cv 4068 Carmichael v. A C and S. Inc.

1:01cv 4069 Clark, et al v. Owens-Corning

1:01cv 4070 Clark, et al v. Owens-Corning

1:01cv 4071 Clayville v. A C and S, Inc.

1:01cv 4072 Cosby v. Owens-Corning

1:01cv 4073 Cullen, et al v. Owens-Corning

1:01cv 4074 Danielczyk, et al v. Owens-Corning

1:01cv 4075 Darnell, et al v. A C and S, Inc.

1:01cv 4076 Dawson v. ACandS, Inc.

1:01cv 4077 Derka v. A C and S, Inc.

1:01cv 4078 Dorn, et al v. ACandS, Inc.

1:01cv 4079 Durbin, et al v. A C and S, Inc.

1:01cv 4081 Eastridge, et al v. A C and S, Inc.

1:01cv 4082 English v. ACandS, Inc.

1:01cv 4083 Femi v. Owens-Corning

1:01cv 4084 Fike v. Owens-Corning

1:01cv 4085 Flury, et al v. Eagle Picher

1:01cv 4086 Forrester v. Owens-Corning

1:01cv 4087 Fox v. Owens-Corning

1:01cv 4088 Francies, et al v. Owens-Corning

1:01cv 4089 Frey v. A C and S, Inc.

1:01cv 4090 Gallup v. ACandS, Inc.

1:01cv 4091 Gibson, et al v. ACandS, Inc.

1:01cv 4093 Glaze, et al v. Owens-Corning

1:01cv 4094 Green v. Owens-Corning

1:01cv 4095 Greenlee, et al v. Owens-Corning

1:01cv 4096 Grevey, et al v. Owens-Corning

1:01cv 4097 Griffin v. A C and S, Inc.

1:01cv 4098 Griffith, et al v. Owens-Corning Fiber

1:01cv 4099 Hammerbacker, et al v. Borg Warner

1:01cv 4100 Hammond, et al v. Owens-Corning

1:01cv 4101 Harman, et al v. A C and S, Inc.

1:01cv 4102 Harper v. Owens-Corning

1:01cv 4103 Harris, et al v. Owens-Corning

1:01cv 4104 Hatfield, et al v. A C & S, Inc.

1:01cv 4105 Henderson, et al v. A C and S, Inc.

1:01cv 4106 Herd, et al v. A C and S, Inc.

1:01cv 4108 Hoyos v. Owens-Corning

1:01cv 4109 Hudgins v. Bendix Corporation

1:01cv 4110 Frizzell, et al v. A C and S, Inc.

1:01cv 4111 James, et al v. ACandS, Inc.

1:01cv 4112 Jenkins, et al v. Owens-Corning

1:01cv 4113 Jerry v. ACandS, Inc.

1:01cv 4114 Jones, et al v. Owens-Corning

1:01cv 4115 Kennedy, et al v. Owens-Corning

1:01cv 4116 Kidd, et al v. Owens-Corning

1:01cv 4117 Klima, et al v. ACandS, Inc.

1:01cv 4118 Kozera, et al v. Owens-Corning

1:01cv 4119 Kronenburg, et al v. Owens-Corning

1:01cv 4120 Lawhorn, et al v. Owens-Corning

1:01cv 4121 Lee, et al v. A C and S, Inc.

1:01cv 4122 Linke v. ACandS, Inc.

1:01cv 4123 Maas, et al v. ACandS, Inc.

1:01cv 4124 Mack, et al v. Owens-Corning

1:01cv 4125 Marshall v. Owens-Corning

1:01cv 4126 Marshall v. A C and S, Inc.

1:01cv 4127 Mason v. A C and S, Inc.

1:01cv 4128 McCoy, et al v. Owens-Corning

1:01cv 4129 Meisenhalder, et al v. A C and S, Inc.

1:01cv 4130 Miller, et al v. ACandS, Inc.

1:01cv 4131 Miller v. Owens-Corning

1:01cv 4132 Mitchell, et al v. Owens-Corning

1:01cv 4133 Myers v. Owens-Corning

1:01cv 4134 Nock v. A C and S, Inc.

1:01cv 4135 Brown v. A C and S, Inc.

1:01cv 4136 Paxton v. Owens-Corning

1:01cv 4137 Perry, et al v. A C and S, Inc.

1:01cv 4138 Perseghin, et al v. ACandS, Inc.

1:01cv 4139 Pfeffer, et al v. Owens-Corning

1:01cv 4140 Poore, et al v. Owens-Corning Fiber

1:01cv 4141 Havlik v. A C and S, Inc.

1:01cv 4142 Robertson, et al v. Owens-Corning

1:01cv 4143 Robinson, et al v. Owens-Corning

1:01cv 4144 Rogers v. Owens-Corning

1:01cv 4155 Meredith v. Owens-Corning

1:01cv 4156 Sanders, et al v. Owens-Corning

1:01cv 4157 Schultz, et al v. Owens-Corning

1:01cv 4158 Seato, et al v. ACandS, Inc.

1:01cv 4159 Seawell, et al v. Owens-Corning

1:01cv 4160 Shuley, et al v. Owens-Corning

1:01cv 4161 Shupe v. Owens-Corning

1:01cv 4162 Southerland, et al v. Owens-Corning

1:01cv 4163 Stapleton, et al v. ACandS, Inc.

1:01cv 4164 Sprinkle, et al v. Owens-Corning

1:01cv 4165 Steber v. A C and S, Inc.

1:01cv 4166 Stevenson, et al v. Owens-Corning

1:01cv 4167 Stevenson, et al v. A C and S, Inc.

1:01cv 4168 Sturgill v. Anchor Packing

1:01cv 4169 Suber, et al v. Owens-Corning

1:01cv 4170 Suehs, et al v. Owens-Corning

1:01cv 4171 Sullivan, et al v. ACandS, Inc.

1:01cv 4172 Motsay, et al v. Owens-Corning

1:01cv 4173 Theiss v. A C and S, Inc.

1:01cv 4174 Thurman v. Allied-Signal, Inc.

1:01cv 4175 Tyrell v. A C and S, Inc.

1:01cv 4176 Vest, et al v. Owens-Corning

1:01cv 4177 Waltman v. Owens-Corning

1:01cv 4178 Weaber, et al v. Owens-Corning

1:01cv 4179 Weaver v. Owens-Corning

1:01cv 4180 Whoolery, et al v. ACandS, Inc.

1:01cv 4181 Wilder v. Owens-Corning Fiber

1:01cv 4182 Williams v. Pittsburgh Corning

1:01cv 4183 Wilt, et al v. Owens-Corning

1:01cv 4184 Young, et al v. Owens-Corning

1:01cv 4185 Zinkhan, et al v. Owens-Corning

1:01cv 4201 Allred v. ACandS, Inc.

1:01cv 4202 Clark v. A C and S, Inc.

1:01cv 4203 Dalton, et al v. ACandS, Inc.

1:01cv 4204 Davis v. AcandS, Inc.

1:01cv 4205 Francis, et al v. ACandS, Inc.

1:01cv 4207 Joyce, et al v. ACandS, Inc.

1:01cv 4208 Kline, et al v. AcandS, Inc.

1:01cv 4209 Knorr, et al v. ACandS, Inc.

1:01cv 4210 Lazich, et al v. AC&S, Inc.

1:01cv 4211 Manuel, et al v. ACandS, Inc.

1:01cv 4212 McCready, et al v. AcandS, Inc.

1:01cv 4213 Miller v. Owens-Corning

1:01cv 4214 Newlin v. AC&S, Inc.

1:01cv 4215 Olah, et al v. A C and S, Inc.

8:01cv 4216 Payne, et al v. Armstrong World

1:01cv 4217 Pelesky, et al v. AC&S, Inc.

1:01cv 4218 Peters, et al v. AC&S, Inc.

1:01cv 4219 Purdham, et al v. AC&S, Inc.

1:01cv 4220 Rhone, et al v. AC&S, Inc.

1:01cv 4221 Richardson, et al v. AC&S, Inc.

8:01cv 4222 Roland, et al v. Owens-Corning

1:01cv 4223 Brown v. Owens-Corning

1:01cv 4224 Sensel v. AC&S, Inc.

8:01cv 4225 Shaffer v. Owens-Corning

1:01cv 4226 Sheffler, et al v. AC&S, Inc.

1:01cv 4227 Smith, et al v. ACandS, Inc.

1:01cv 4228 Sneed v. ACandS, Inc.

1:01cv 4229 Speight, et al v. Owens-Corning

1:01cv 4230 Stickler, et al v. AC&S, Inc.

1:01cv 4231 Stimmel v. A C and S, Inc.

1:01cv 4232 Swiger, et al v. AC&S, Inc.

1:01cv 4233 Teal v. ACandS, Inc.

1:01cv 4234 Terry, et al v. Porter-Hayden

1:01cv 4235 Teter v. Consolidated Rail

1:01cv 4236 Trout v. ACandS, Inc.

1:01cv 4237 Varga, et al v. Owens-Corning

1:01cv 4238 Walker, et al v. AC&S, Inc.

1:01cv 4239 White v. AC&S, Inc.

1:01cv 4240 Wise v. ACandS, Inc.

1:01cv 4241 Zaleski v. ACandS, Inc.

1:02cv 0235 Marks, et al v. ACandS, Inc.

1:02cv 1148 Williams, et al v. A C & S

1:02cv 1266 Williams, et al v. ACandS, Inc.

1:02cv 1267 Crawford, et al v. ACandS, Inc.

1:02cv 1269 Dry, v. AC&S, Inc.

1:02cv 1484 Redmon, et al v. ACandS, Inc.

1:02cv 1485 Blank v. A C and S, Inc.

1:02cv 1501 Allshouse, et al v. A C and S, Inc.

1:02cv 1504 Webb, et al v. A C and S, Inc.

1:02cv 1919 Stimmel, et al v. Anchor Packing Co.

1:02cv 1950 Stimmel v. A.C. & S Inc.

1:02cv 2339 Jaycox v. ACandS, Inc.

1:02cv 2340 Spataro, et al v. ACandS, Inc.

1:02cv 2341 Patterson, et al v. ACandS, Inc.

1:02cv 2342 Purcell, et al v. A C and S, Inc.

1:02cv 2343 Henry, et al v. A C and S, Inc.

1:02cv 2344 O'Brien, et al v. A C and S, Inc.

1:02cv 2345 McDavid, et al v. A C and S, Inc.

1:02cv 2373 Johnson v. ACandS, Inc.