IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HENRY S. CRAWFORD, *et al.,* | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1149 |
| ACandS, Inc., *et al.,* | : | |
| Defendants | : | |

. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

| | | |
|---|---|---|
| CHARLES G. DRY, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1150 |
| ACandS, Inc., *et al.,* | : | |
| Defendants | : | |

oOo

## **MEMORANDUM**

On October 1, 2001, Federal-Mogul Global, Inc. and a number of its subsidiaries

(hereinafter collectively referred to as Federal Mogul Global), filed for bankruptcy in the United

States Bankruptcy Court for the District of Delaware. At the time, Federal Mogul Global was a

defendant in hundreds of personal injury and wrongful death suits around the nation which

alleged exposure to asbestos in products designed to resist heat caused by friction ("Friction

Product Claims"). Other defendants in these cases began removing the Friction Product Claims

to the United States District Court for the districts where they had been brought.

The removing defendants then moved to have the cases transferred to the United States

District Court for the District of Delaware. On December 10, 2001, the Honorable Alfred H.

Wolin, sitting in the United States District Court for the District of Delaware, issued a

provisional transfer order. Defendants continued to remove Friction Product Claims. Judge

Wolin issued several more provisional transfer orders and on January 3, 2002, issued an opinion

stating that all cases removed after his December 10, 2001 order which would have been subject

to that order had they been removed earlier were to be included in the provisional transfer.

In this District, approximately 343 cases were removed to this Court. All were

consolidated under case number CCB-01-3450. In many of the cases motions to remand were

filed, but administratively closed pending final action by the United States District Court for the

District of Delaware.

A hearing was held by Judge Wolin on February 8, 2002 and on February 15, 2002, he

issued an opinion holding that the federal courts lacked subject matter jurisdiction over the

claims, and that alternatively, the court should exercise discretion and remand the claims to the

state courts from whence they were removed. He denied defendants' requests for a final transfer

order and directed the cases be remanded to state court. In re: Federal-Mogul Global, Inc., T& N

Limited, et al., No 01-10578 (D. Del. 2002).

Defendants appealed. The United States Court of Appeals for the Third Circuit

concluded it did not have jurisdiction to review Judge Wolin's decision, and that to the extent the

appeal could be considered a petition for writ of mandamus it should be denied. In re: Federal-

Mogul Global, Inc., ___ F.3d ___ 2002 WL 1763923 (3rd Cir. Jul. 31, 2002). Requests for stays

of that decision have been denied by both the Third Circuit and by the Supreme Court. In re

Federal-Mogul Global, Inc., ___ U. S. ___, 2002 WL 1800325 (Aug. 8, 2002).

On September 5, 2002, an Order was issued in Civil Action No. CCB-01-3450 remanding

the consolidated cases to the state courts. A list of the consolidated cases attached to that Order

2

inadvertently did not include these two cases.    Accordingly, by separate order they will be remanded to the state courts from which they were removed for the reasons stated in the Memorandum issued September 5, 2002 in CCB-01-3450.

_____Sept 9, 2002_____

Date

_____

Catherine C. Blake
United States District Judge