IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| HENRY S. CRAWFORD, *et al.*, | : | |
| Plaintiffs | : | |
| vs. | : | Civil Action No. CCB-02-1149 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| CHARLES G. DRY, | : | |
| Plaintiff | : | |
| vs. | : | Civil Action No. CCB-02-1150 |
| ACandS, Inc., *et al.*, | : | |
| Defendants | : | |

oOo

**ORDER**

For the reasons stated in the foregoing Memorandum and in the Memorandum issued September 5, 2002 in Civil Action No. CCB-01-3450, it is, this 9th day of September 2002, hereby **ORDERED** that:

1. These cases are **Remanded** to the state circuit courts from which they were removed; and

2. The Clerk is directed to close these cases.

_____
Catherine C. Blake
United States District Judge